# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY JOSEPH CHANEY, JR.

NO. 2024 KW 1244

**JANUARY 29, 2025**

---

In Re: Anthony Joseph Chaney, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0239-F-2019.

---

**BEFORE: WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the pro se application for postconviction relief filed with the district court, the district court's ruling on the application for postconviction relief, the bill of information, all pertinent minute entries, including the minutes of the July 24, 2024, and any pertinent transcripts, particularly from the July 24, 2024 and October 9, 2024 hearings, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT